IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY L. BUTLER,<br>        Plaintiff, | :<br>:   Civil Action No. 3:15-cv-598<br>: |
| v. | :   (Judge Mariani)<br>: |
| KEVIN PIGOS,<br>        Defendant. | :<br>: |

## ORDER

**AND NOW**, this _13th_ day of November, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion to appoint counsel, (Doc. 16), is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge